IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL NO. 3:15-MJ-172 |
| MARTIN L. KING | ) |
| | ) |
| Defendant. | ) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, MARTIN L. KING, was on Richmond National Battlefield, ~~Cold Harbor Unit~~ Fort Harrison Unit, Richmond, Virginia, in the Eastern District of Virginia.

2. Richmond National Battlefield, ~~Cold Harbor~~ Fort Harrison Unit is property administered by the National Park Service and is within the special territorial jurisdiction of the United States and this Court.

### COUNT ONE
(Citation No. 0660791)

On or about May 3, 2015, in the Eastern District of Virginia Richmond National Battlefield, ~~Cold Harbor~~ Fort Harrison Unit is property administered by the National Park Service and is within the special territorial jurisdiction of the United States and this Court, defendant, MARTIN L. KING, did drive a vehicle ~~in~~ at a speed in excess of the posted speed limit: to wit 44 in a 25 mph zone ~~and in a manner so as to endanger the life, limb, or property of another.~~

<u>36 CFR 4.2 adopting VA Code 46.2-870</u>  *SEA*

(In violation of ~~Title 18, United States Code, Section 13, assimilating the 1950 Code of Virginia, as amended, Section 46.2-852~~).

                                      DANA J. BOENTE
                                      UNITED STATES ATTORNEY

By: _____
          Stephen E. Anthony
          Assistant United States Attorney